# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **GABRIELA GARZA,** § § § | |
| Plaintiff, § | |
| VS. § | **CIVIL ACTION NO. 5:20-CV-1** |
| § § | |
| **AAA COOPER TRANSPORTATION,** *et al*, § § | |
| Defendants. § § | |

## ORDER

Pending is Plaintiff Gabriela Garza's Agreed Motion to Dismiss with Prejudice (Dkt. 29). Plaintiff appears to be attempting to dismiss the action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). A joint stipulation under that rule requires "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). The only signature appended to the motion (Dkt. 29) is from Plaintiff's attorney. (*Id.* at 1.) Thus, Parties have not met the threshold requirement for filing a joint stipulation. Parties are hereby ORDERED to file a joint stipulation of dismissal that complies with Rule 41(a)(1)(A)(ii), i.e., append the signatures of the attorneys for all parties, if they would like to terminate the case.

IT IS SO ORDERED.

SIGNED this 16th day of July, 2021.

_____
Diana Saldaña
United States District Judge