United States District Court
Southern District of Texas
**ENTERED**
July 19, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| GABRIELA GARZA, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 5:20-CV-1 |
| | § | |
| AAA COOPER TRANSPORTATION, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

On July 16, 2021, Plaintiff Gabriela Garza and Defendant AAA Cooper Transportation filed a Joint Stipulation of Dismissal with Prejudice (Dkt. 31). The stipulation (Dkt. 31), which is signed by counsel for all Parties, satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and dismisses the case with prejudice.[1] (*Id.* at 1–2.) Accordingly, the case has been DISMISSED WITH PREJUDICE. *See* Fed. R. Civ. P. 41(a)(1)(B). The Clerk of Court is DIRECTED to TERMINATE the case.[2]

IT IS SO ORDERED.

SIGNED this 19th day of July, 2021.

_____
Diana Saldaña
United States District Judge

---

[1] Defendant Mario Lopez was previously dismissed without prejudice. (*See* Dkt. 5.)
[2] Because the case is terminated, Plaintiff's Agreed Motion to Dismiss (Dkt. 29) is MOOT.